JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DEAN MCCORMICK III, an individual, and MARTHA S. MCCORMICK, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., a National Association; FIDELITY NATIONAL TITLE COMPANY, a California Corporation; and DOES 1 through 100; Inclusive,<br><br>    Defendants. | ) Case No.: SACV 12-1142-JST<br>) (RNBx)<br>)<br>)<br>) **ORDER  ON STIPULATION OF**<br>) **THE PARTIESTO**<br>) **VOLUNTARILY REMAND THE**<br>) **ACTION TO STATE COURT**<br>)<br>)<br>)<br>)<br>) |

Having reviewed the Stipulation to Voluntarily Remand the Action To State Court (the "Stipulation") filed by Defendant WELLS FARGO BANK, N.A. ("Defendant"), by and through its attorneys, Wright, Finlay & Zak, LLP, and Plaintiffs DEAN MCCORMICK III and MARTHA S. MCCORMICK

1  (collectively "Plaintiffs"), by and through their attorneys of record, McFarlin
2  LLP, and finding good cause appearing, the Court makes the following order:
3
4  **IT IS ORDERED, ADJUDGED, AND DECREED** that
5   1. The Action, case number SACV 12-1142-JST (RNBx) is REMANDED
6      to the Orange County Superior Court.

Dated: August 07, 2012

_____
United States District Judge